

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lewis E. Gibson, Appellant

No. 06-25-00076-CV          v.

PNC Bank, National Association, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 24C0739-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Lewis E. Gibson, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 7, 2026
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk